UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> HOME LOAN CENTER, INC., <br><br> Defendant. | Court File No.: 0:14-cv-01716 (DWF/JJK) |

**NOTICE OF APPEARANCE**

The undersigned hereby notifies the Court and counsel for Plaintiff that J. Robert Keena and Carol R. M. Moss of Hellmuth & Johnson, PLLC, enter their appearance as counsel on behalf of Defendant Home Loan Center, Inc.

Request is made that all notices and documents filed or served including, but not limited to pleadings, motions, applications, orders, reports, and all other communiqués or documents served, filed or exchanged in this case can be served upon undersigned via ECF or U.S. Postal Service at the following addresses:

J. Robert Keena, Esq.
jkeena@hjlawfirm.com
mmarahrens@hjlawfirm.com
Hellmuth & Johnson, PLLC
8050 West 78th Street
Edina, MN 55439

Carol R. M. Moss, Esq.
cmoss@hjlawfirm.com
akunkel@hjlawfirm.com
Hellmuth & Johnson, PLLC
8050 West 78th Street
Edina, MN 55439

*(Notice of Appearance)*

Dated: June 16, 2014                          By:   */s/ Carol R. M. Moss*
                                                               J. Robert Keena, Atty. No. 258817
                                                               Carol R. M. Moss, Atty. No. 0389202
                                                               HELLMUTH & JOHNSON, PLLC
                                                               8050 West 78th Street
                                                               Edina, MN 5543975
                                                               Tel. (925) 746-2113
                                                               **ATTORNEYS FOR DEFENDANT**