UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> HOME LOAN CENTER, INC., <br><br> Defendant. | Court File No.: 0:14-cv-01716 (DWF/JJK) |

## HOME LOAN CENTER, INC.'S MOTION FOR REMAND OR ABSTENTION

TO: Plaintiff Residential Funding Company, LLC and its attorneys, Donald G. Heeman, David L. Hashmall, and Jessica J. Nelson, Felhaber Larson, 220 South Sixth Street, Minneapolis, MN 55402.

Defendant Home Loan Center, Inc. moves the Court to remand this case on the grounds of untimely removal, mandatory or discretionary abstention. This motion is brought pursuant to 28 U.S.C § 1334(c)(2), or in the alternative, 28 U.S.C. §§ 1334(c)(1) or 1452, or Fed. R. Bankr. P. 9027, and is based upon Defendant's memorandum of law, oral argument, supporting papers and the entire file and proceedings herein.

Dated: June 26, 2014

By: */s/ Carol R. M. Moss*
Carol R. M. Moss, ID No. 0389202
J. Robert Keena, ID NO.: 258817
Hellmuth & Johnson, PLLC
8050 West 78th Street
Edina, MN 55439
Telephone: 952-941-4005
Facsimile: 952-941-2337
E-Mail: cmoss@hjlawfirm.com
**ATTORNEYS FOR DEFENDANT**