# UNITED STATES DISTRICT COURT
## District of Minnesota

ResCap Liquidating Trust,  **JUDGMENT IN A CIVIL CASE**

                 Plaintiff,

v.   Case Number: 14-CV-1716 (SRN/HB)

Home Loan Center, Inc.,

                 Defendant.

☒ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT the plaintiff, ResCap Liquidating Trust, recover from the defendant Home Loan Center, Inc. the amount of sixty-eight million, four hundred-eighty-four thousand, five-hundred-two and 06/100's dollars ($68,484,502.06).

Date: 6/21/2019   KATE M. FOGARTY, CLERK

                                                      s/Susan M. Del Monte
                                       (By) Susan M. Del Monte, Deputy Clerk

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge