# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | No. 13-cv-3451 (SRN/HB) |
| This document relates to:<br><br>Residential Funding Company, LLC, Plaintiff<br><br>v.<br><br>Home Loan Center, Inc., Defendant | No. 14-cv-01716 (SRN/HB) |

## HOME LOAN CENTER'S RENEWED MOTION
## FOR JUDGMENT AS A MATTER OF LAW

Defendant Home Loan Center Inc., by and through its undersigned counsel, respectfully renews its motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(b).

Home Loan Center's motion is based upon all the files, records, and proceedings herein, as well as the accompanying memorandum of law.

Dated: June 28, 2019                                Respectfully submitted,

        ZELLE LLP

By: */s/ Elizabeth V. Kniffen*
    Daniel Millea, #0245963
    Elizabeth V. Kniffen, #0346329
    Rory Zamansky, #0330620
    500 Washington Avenue South
    Suite 4000
    Minneapolis, MN 55415
    Telephone: (612) 339-2020
    Facsimile: (612) 336-9100
    dmillea@zelle.com
    ekniffen@zelle.com
    rzamansky@zelle.com

WILLIAMS & CONNOLLY LLP
    R. Hackney Wiegmann (*pro hac vice*)
    Matthew V. Johnson #0324875
    Jesse T. Smallwood (*pro hac vice*)
    725 Twelfth Street, N.W.
    Washington, DC 20005
    Telephone: (202) 434-5000
    Facsimile: (202) 434-5029
    hwiegmann@wc.com
    mjohnson@wc.com
    jsmallwood@wc.com

*Attorneys for Defendant Home Loan Center, Inc.*