**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Action | Case No. 13-cv-3451 (SRN/HB) |
| *This document relates to*: <br><br> *ResCap Liquidating Trust v. Home Loan Center, Inc.*, Case No. 14-cv-1716 (SRN/HB) | **ORDER RE: HLC'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW** |

SUSAN RICHARD NELSON, United States District Judge

The Court entered judgment in this matter on June 21, 2019. (*See* Doc. No. 83.) On June 28, 2019, Defendant Home Loan Center, Inc. ("HLC") renewed its prior motions for judgment as a matter of law ("JMOL") (which this Court had denied), as well as certain arguments raised in its summary judgment papers (which this Court had also denied). (*See* HLC JMOL Br. [Doc. No. 85]; *see also* Fed. R. Civ. P. 50(b) (allowing a party to "renew" a JMOL motion "no later than 28 days after the entry of judgment").) In HLC's brief supporting the motion, HLC did not attempt to refute any of this Court's prior rulings addressing these issues.

Plaintiff ResCap Liquidating Trust ("ResCap") filed a short brief in opposition two weeks later, on July 12, 2019, and generally argued that, "[f]or the reasons stated on the record at trial and in the Court's [prior] orders," including the JMOL Order (Consolidated Doc. No. 5131), the *Daubert* Order (Consolidated Doc. No. 4471), and the Summary Judgment Order

(Consolidated Doc. No. 4307), "as well as [ResCap's] prior submissions and arguments," "HLC's motion should be denied." (ResCap JMOL Opp. Br. [Doc. No. 96] at 1.)

For all of the reasons stated in the Court's prior opinions and orders (both oral and written), it is **HEREBY ORDERED THAT** Defendant HLC's Renewed Motion for Judgment as a Matter of Law [Doc. No. 84] is **DENIED**.

Dated:  July 15, 2019                                    /s/ Susan Richard Nelson
                                                                             SUSAN RICHARD NELSON
                                                                             United States District Judge